bia Circuit. Certiorari denied. *Frank R. Bruce* and *A. K. Shipe* for petitioner. *Solicitor General Perlman, Rowland F. Kirks, James D. Hill, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 213. SCHAEFER *v.* MACRI ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Carl E. Croson* for the Continental Casualty Co.; and *Harry Henke, Jr.* for McKelvy, respondents.

No. 214. BRIGANTINE BEACH HOTEL CORP. *v.* MARIANO, RECEIVER, ET AL. C. A. 3d Cir. Certiorari denied. *Philip Sterling* for petitioner. *Samuel P. Orlando* for Mariano; and *Louis Kravis* for the creditors, respondents.

No. 216. CHICAGO & NORTH WESTERN RAILWAY Co. *v.* CHICAGO PACKAGED FUEL Co. C. A. 7th Cir. Certiorari denied. *Lowell Hastings, Drennan J. Slater* and *Amos M. Mathews* for petitioner. *Joseph H. Hinshaw* and *Oswell G. Treadway* for respondent.

No. 219. MAPLE ISLAND FARM, INC. *v.* BITTERLING. C. A. 8th Cir. Certiorari denied. *M. J. Doherty* and *Pierce Butler* for petitioner. *Roland J. Faricy* for respondent.

No. 221. ROSS ET AL. *v.* UNITED STATES; and

No. 273. ROSS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert N. Gorman* and *Stanley A. Silversteen* for petitioners in No. 221. *Joseph B. Keenan* and *Alvin O. West* for petitioner in No. 273. *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States. Reported below: 197 F. 2d 660.